# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SMART COMMUNICATIONS COLLIER, INC.**     **PLAINTIFF**

**V.**     **NO: 1:21CV78-M-S**

**LOWNDES COUNTY, MISSISSIPPI, LOWNDES COUNTY SHERIFF'S OFFICE, and SHERIFF EDDIE HAWKINS in his official and individual capacities**     **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**IT IS HEREBY ORDERED,** this, the 3rd day of May, 2021.

                                       **/s/** Michael P. Mills
                                       **UNITED STATES DISTRICT JUDGE**
                                       **NORTHERN DISTRICT OF MISSISSIPPI**