IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SMART COMMUNICATIONS**
**COLLIER, INC.**     **PLAINTIFF**

V.     NO. 1:21-CV-78-DMB-DAS

**LOWNDES COUNTY, MISSISSIPPI;**
**LOWNDES COUNTY SHERIFF'S**
**OFFICE; and LOWNDES COUNTY**
**SHERIFF EDDIE HAWKINS, in his**
**Official and Individual Capacities**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is dismissed without prejudice.

**SO ORDERED**, this 31st day of March, 2022.

    /s/Debra M. Brown
    **UNITED STATES DISTRICT JUDGE**